# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CRIN FORBES and
TAMMY FORBES,

        Plaintiff,

Case No. 04-C-1141

  -vs-

GREGORY T. ISERMANN,
GREGORY T. ISERMANN, DDS, S.C.,
CAROL MAYER,
MANDIE RUDOLPH,
LINDSAY GRAYCAREK,
E. DOYLE BARKER, and,
CITY OF MEQUON,

        Defendant.

## ORDER

Upon reading and filing the stipulation in this matter, and upon all proceedings herein:

**IT IS ORDERED** that this action is dismissed in its entirety on the merits and with prejudice, and without costs to any party.

Dated at Milwaukee, Wisconsin, this 6th day of February, 2006.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**